# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALGREEN EASTERN CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> COLMAN HERMAN, et al., <br><br> Defendants. | Civil Action No.: 02-CV-12315-JLT |
| COLMAN HERMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WALGREENS, <br><br> Defendant. | Civil Action No.: 03-CV-10011-JLT |
| BRENDA DOWNING, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WALGREEN CO., INC., <br><br> Defendant. | Civil Action No.: 03-CV-10010-JLT |
| ROBERT BARRY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WALGREENS HEALTH CARE PLUS, INC., <br><br> Defendant. | Civil Action No.: 03-CV-10009-JLT |

| | |
|---|---|
| AUGUSTA SULLIVAN, et al., )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>WALGREENS HEALTH CARE )<br>PLUS, INC., )<br>)<br>Defendant. ) | Civil Action No.: 03-CV-10012-JLT |
| NANCY CAMERON, Individually, )<br>And on Behalf of Others Similarly )<br>Situated; )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>WALGREENS HEALTH CARE, )<br>PLUS, INC., )<br>)<br>Defendant. ) | Civil Action No.: 03-CV-10060-JLT |

## JOINT MOTION TO EXTEND CONDITIONAL DISMISSAL PERIOD OR, IN THE ALTERNATIVE, TO RE-OPEN ACTIONS

On November 24, 2003, following notification by the parties that they have reached an agreement to resolve these cases, the Court entered orders dismissing the above-captioned cases without prejudice to reconsideration and re-opening upon the filing of an appropriate motion within ninety days of the entry of the orders. On March 1, 2004, the Court allowed the parties' joint motion to extend the conditional dismissal period, which is now currently scheduled to expire on April 23, 2004.

Over the past several months, the parties have been involved in ongoing negotiations regarding the settlement agreement and related documents. The parties are now finalizing the agreement and documents. Additional time is needed to complete this process.

The parties, therefore, respectfully request that the Court extend the date by which a party must file a motion to re-open the above-captioned cases and reconsider the Settlement Orders of Dismissal entered by the Court. The parties request that the date for filing any such motion be extended by sixty days, up to and including June 23, 2004.

In the event the Court does not grant the parties' motion to extend, the parties jointly move the Court, in the alternative, to reconsider its Settlement Order of Dismissal and to re-open the above-captioned actions to allow for additional time to finalize the settlement.

WHEREFORE, the parties respectfully request that the Court grant their motion to extend the conditional dismissal period up to and including June 23, 2004, or, in the alternative, re-open the above-captioned actions to allow for additional time to finalize the settlement.

Dated: April 21, 2004

Respectfully submitted,

COLMAN HERMAN, et al.,
By their attorney,

_____
Robert J. Bonsignore
Bonsignore & Brewster
23 Forest Street
Medford, MA 02155
(781) 391-9494

BRENDA DOWNING, et al.
By their attorney,

_/s/ Terrance L. Parker_
Terrance L. Parker, Esq., BBO#555277
Parker Law Offices
875 Massachusetts Ave., Suite 31
Cambridge, MA 02139
(617) 864-8055


ROBERT BARRY, et al.,
By their attorney,

_/s/ Edwin H. Howard_
Edwin H. Howard, Esq., BBO#241700
Bonville & Howard
154 Prichard Street
P. O. Box 7654
Fitchburg, MA 01420
(978) 345-4144


AUGUSTA SULLIVAN, et al.,
By their Attorney,

_/s/ D. Michael Noonan_
D. Michael Noonan, Esq., BBO#558247
Shaheen & Gordon
P.O. Box 977
140 Washington Street
Dover, NH 03821-0977
(603) 749-5000

LITDOCS:547518.1

NANCY CAMERON,
By her attorney,

_____
Barry M. Altman, Esq., BBO#016710
Altman & Altman
404 Main Street
Wilmington, MA 01887-3631
(781) 944-5441


WALGREEN EASTERN CO., INC.,
By its attorneys,

_____
Daniel L. Goldberg - BBO #197380
Donald J. Savery - BBO #564975
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Richard C. Godfrey, P.C. (admitted *pro hac vice*)
Scott W. Fowkes (admitted *pro hac vice*)
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000